IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GREAT KIDS, INC.,**

**Defendant.**                                                                 **No.09-30107-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Great Kids, Inc.'s Motion for Extension to File Objections to Pre-sentence Investigation Report (Doc. 8). Defendants asks for additional time in which to file its objections to the pre-sentence report as Defendant's counsel has not been able to meet with Defendant in order to determine whether or not it wants to file objections. Defendant requests an additional fourteen (14) days in which to file its objections. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion for extension of time (Doc. 8). Defendant will have up to and including **January 4, 2010** in which to file its objections to the pre-sentence investigation report.

      **IT IS SO ORDERED.**

      Signed this 21st day of December, 2009.

                                        /s/ *David R Herndon*
                                        **Chief Judge**
                                        **United States District Court**