IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREAT KIDS, INC.,

Defendant.                                              No. 09-30107-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Consent Motion to Continue Sentencing Hearing filed by Defendant Great Kids, Inc. (Doc. 13). Defendant requests that the sentencing hearing currently scheduled for February 19, 2010 be continued as its attorney has a personal issue that requires him to be out of town on the day of sentencing. The Government has no objections and, in fact, consents to the continuance. Based on the reasons in the motion, the Court **GRANTS** Defendant's Consent Motion to Continue Sentencing Hearing (Doc. 13). The Court **CONTINUES** the sentencing hearing currently scheduled for February 19, 2010 until **March 18, 2010 at 3:00 p.m.**

**IT IS SO ORDERED.**

Signed this 17th day of February, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**